UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK

FILED
IN CLERK'S OFFICE
U.S. DISTRICT COURT E.D. N.Y.

★ NOV 27 2017 ★

LONG ISLAND OFFICE

Gregory Hatch, individually and on behalf of all others similarly situated,

Plaintiff,

-against-

CAC Financial Corp,

Defendant.

Docket No: 2:17-cv-00648-JFB-ARL

**STIPULATION OF VOLUNTARY DISMISSAL**
**PURSUANT TO F.R.C.P. 41(a)(1)(A)(ii)**

**IT IS HEREBY STIPULATED AND AGREED** by and between the parties and/or their respective counsel(s) that the above-captioned action is voluntarily dismissed with prejudice pursuant to the Federal Rules of Civil Procedure 41(a)(1)(A)(ii) with each party to bear its respective attorney's fees and costs.

Dated: November 20, 2017

| | |
|---|---|
| **FINEMAN, KREKSTEIN & HARRIS, P.C.** | **BARSHAY SANDERS, PLLC** |
| By: /s Richard Perr | By: /s Craig B. Sanders |
| Richard Perr, Esq. | Craig B. Sanders |
| BNY Mellon Center | 100 Garden City Plaza, Suite 500 |
| 1801 Market Street, Suite 1100 | Garden City, New York 11530 |
| Philadelphia, Pennsylvania 19103 | Tel. (516) 203-7600 |
| Tel: (215) 893-9300 | Email: *ConsumerRights@BarshaySanders.com* |
| *Attorneys for Defendant* | Our File No: 110168 |
| | *Attorneys for Plaintiff* |

*The Clerk of the Court shall close the case.*

_____
Joseph F. Bianco
USDJ
Date: Nov. 27, 20 17
Central Islip, N.Y.